IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ROSS B. LEIDY
*IN THE MATTER OF THE ESTATE OF*
*SYLVIA JEAN GORDON, DECEASED*          PLAINTIFF

V.          CASE NO. 3:18CV266-DMB-JMV

OPPENHEIMERFUNDS, INC., ET AL.          DEFENDANTS

## ORDER STAYING PROCEEDINGS

During a case management conference conducted in this matter on 1/10/19, the Court raised issues related to subject-matter jurisdiction, *see* Minute Entry [18], and ordered briefing of those issues. Accordingly, until those issues are resolved, this case is **STAYED**.

Further, the Court's prior Order [14], authorizing and directing Defendant American Equity Investment Life Insurance Company to deposit funds into the registry of the Court, is suspended, and no funds shall be deposited into the Court's registry until further order.

**SO ORDERED** this, the 11th day of January, 2019.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE